## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**PLAINTIFF,**<br><br>VS.<br><br>**MICHAEL DEANGELO GRIFFIN, D-1**<br>**DEFENDANT.** | **CASE #: 17-20639**<br><br>**HON. TERRENCE G. BERG** |
| AUSA Rajesh Prasad (P68519)<br>(313) 226-0821<br>Rajesh.Prasad@usdoj.gov<br>AUSA Dawn Ison<br>(313) 226-9567<br>Dawn.Ison@usdoj.gov<br>AUSA Craig Wininger<br>(313) 226-9569<br>Craig.Wininger@usdoj.gov<br><br>US Attorney's Office<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 | Harold Gurewitz (P14468)<br>Gurewitz & Raben, PLC<br>333 W. Fort Street, Suite 1400<br>Detroit, MI 48226<br>(313) 628-4733<br>hgurewitz@grplc.com<br><br>Michael O. Sheehan<br>Sheehan & Reeve<br>350 Orange Street, Suite 101<br>New Haven, CT 06511<br>(203) 787-9026<br>msheehan@sheehanandreeve.com |

## DECLARATION UNDER PENALTY OF PERJURY

1. I, Desiree Edwards, am a licensed private investigator in the State of Michigan.

2. On October 31, 2018, I was appointed in the case of *United States v. Michael Griffin*, Case No.17- 20639, Eastern District of Michigan to provide investigative services for the Defendant. (R78: Sealed Order).

3. I have read the Application For Search Warrant dated January 6, 2017 that has been submitted to the Court in support of Defendant Griffin's Motion to Suppress Cell Site Location Information Pursuant to "Search Warrant."

(ECF 173, Exhibit A). I have particularly read Paragraph 10 at Bates 07021 which states, in part:

> [JW] stated that McAdory has a connection at 1138 Sheldon St. in the city of Detroit. [JW] stated that he knows they met at this residence before the homicides.

4. I signed an Affidavit dated June 12, 2020, which has been submitted to the Court as Exhibit B in support of Griffin's Motion to Suppress, ECF 172. Before I signed that Affidavit, I performed an investigation and determined that the street address stated at Paragraph 10 of the Affidavit, 138 Sheldon Street, does not exist in the City of Detroit.

5. Since that date, I have read the Response to Griffin's Motion to Suppress, (ECF 189 at Page 76) and understand it to be represented in the Response that the street name "Sheldon" was used by mistake and that the correct address should be 1138 Selden Street, Detroit, Michigan. The Response says at Page 76: "Although misspelled, this address was not misidentified."

6. I have determined in my investigation on behalf of Michael Griffin in this case that he lived in an apartment at 1138 Selden, Detroit, Michigan with his mother, Kim McAdory, when the area was the Jeffries Homes. I have also learned that Griffin and his mother moved from Detroit to Birmingham, Alabama in about 1989.

7. According to an article appearing in the Michigan Chronicle dated May 24, 2019, the Jeffries Housing Project, or Jeffries Homes, including the former address at 1138 Selden Street, Detroit, Michigan, were demolished in about 2001. New housing has been constructed in the area previously occupied by the Jeffries Homes, including the area where 1138 Selden was located. However, I have determined by my physical examination of addresses on Selden Street, West of the Lodge Expressway, that the former address, 1138 Selden, does not exist.

8. Photos I took of street address numbers physically attached to the exterior of the residences on Selden Street, Detroit, Michigan, facing the street, and visible from the street, are attached to this Declaration. They include photos of address numbers attached to residences at 1134, 1136, 1140, 1142, and 1146 Selden Street. Those numbers are all on residences adjacent to each

other in numerical order and they are all on the same side of the street. Exhibit A. An additional photo I did not take but depicting several of these houses in one picture is also attached. From my observation, the residence numbers progress in numerical sequence from 1134 to 1140 by even number intervals. There is no residence address number "1138". Based on my observations, the 1138 Selden Street, Detroit address referred to in the Affidavit that is at ECF 173, Exhibit A, Paragraph 10, does not exist.

9. From my review of public records concerning Johnny McAdory, including records of civil litigation and Bankruptcy Court filing, Johnny McAdory has been a resident of Alabama since about the time that Kim McAdory and Michael Griffin moved to Alabama.

I declare under penalty of perjury under the laws of the United Staes of America that the foregoing is true and correct.

Executed on July 31, 2020

Desiree Edwards













