**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**PLAINTIFF,** | **CASE #: 17-20639**<br><br>**HON. TERRENCE G. BERG** |
| **VS.** | |
| **MICHAEL DEANGELO GRIFFIN, D-1**<br>**DEFENDANT.** | |

**ORDER GRANTING DEFENDANT GRIFFIN'S**
**REQUEST FOR PERMISSION TO FILE**
**MOTIONS IN LIMINE UNDER SEAL**

Defendant Michael Griffin by his counsel, Harold Gurewitz and Michael Sheehan, having requested permission to file his Motions in Limine under seal;

IT IS HEREBY ORDERED that counsel for Defendant Griffin may file his Motion in Limine UNDER SEAL because they contain information subject to the Protective Order regarding discovery issued by this Court.

Date: April 19, 2023

/s/Terrence G. Berg
Hon. Terrence G. Berg
US District Court Judge