**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>         **PLAINTIFF,**<br><br>vs.<br><br>**MICHAEL DEANGELO GRIFFIN, D-1**<br>         **DEFENDANT.** | **CASE #: 17-20639**<br><br>**HON. TERRENCE G. BERG** |

**ORDER GRANTING**
**DEFENDANT GRIFFIN'S REQUEST TO FILE UNDER SEAL**
**HIS SENTENCING MEMORANDUM AND EXHIBITS**

Defendant Michael Griffin, by his attorneys, Harold Gurewitz and Michael Sheehan, having filed a request for permission to file his Sentencing Memorandum and exhibits under seal because they will contain personal/medical information that should not be on a public docket;

IT IS HEREBY ordered that Defendant's Request is GRANTED. Counsel may file Defendant Griffin's Sentencing Memorandum and attached exhibits UNDER SEAL.

                                        /S/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

Dated: September 14, 2023